UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| David Lee Leger | * | Civil Action No. 07-0005 |
| versus | * | Judge Tucker L. Melançon |
| Terry Terrell, Warden | * | Magistrate Judge C. Michael Hill |

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed therein, the Court concludes that the findings and Report and Recommendation of the magistrate judge are correct under the applicable law and therefore adopts the conclusions set forth therein. It is, therefore

ORDERED that this petition for writ of *habeas corpus* is DENIED and DISMISSED WITHOUT PREJUDICE because petitioner's federal claims remain unexhausted and because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. sec 2244(d).

Thus done and signed this 5th day of June, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE