UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**DAVID LEE LEGER**                          **CIVIL ACTION NO. 07-005**

**VERSUS**                                           **JUDGE MELANÇON**

**WARDEN ALLEN CORRECTIONAL CENTER**     **MAGISTRATE JUDGE HILL**

## CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of Magistrate Judge Hill entered on May 17, 2007 [Rec. Doc. 5] and entered as a final judgment on June 5, 2007 [Rec. Doc. 7], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.

**THUS DONE AND SIGNED** this 26th day of October, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE